THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. DAMIANO CONSENTINO, Appellant.

(Argued March 16, 1936; decided April 15, 1936.)

*David F. Price, Aaron E. Koota, Nathaniel H. Kramer* and *Alfred A. Duffy* for appellant.

*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
v. CHARLES KROPOWITZ, GEORGE ROSENBERG, FRANK RUSSO and VINCENT DE MARTINO, Appellants.

(Argued March 16, 1936; decided April 15, 1936.)

*Morris J. Stein, George Gru* and *Irving I. Steinberg* for Charles Kropowitz, appellant.

*James F. Ryan, David F. Price* and *Harry Werner* for George Rosenberg, appellant.

*Joseph I. Weisman, James J. Delaney* and *C. Joseph Danahy* for Frank Russo, appellant.

*Edward J. Reilly* for Vincent De Martino, appellant.
*William F. X. Geoghan, District Attorney (Henry J. Walsh* of counsel), for respondent.

As to each defendant: Judgment of conviction affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.